AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN       DISTRICT OF       NEW YORK

UNITED STATES OF AMERICA

v.

MARIO SOSA-GINESTI

APPEARANCE

Case Number: 07-MJ-1447

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARIO SOSA-GINESTI

I certify that I am admitted to practice in this court.

August 31, 2007
Date

*(signature)*
Signature

DAVID J. GOLDSTEIN
Print Name                Bar Number

888 Grand Concourse
Address

Bronx       New York       10451
City        State          Zip Code

(718) 665-9000       (718) 665-9147
Phone Number         Fax Number